**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUZANA PASTOR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No. 2:15-cv-02407-APG-GWF<br><br>**ORDER** |

　　　This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated December 17, 2015, required the parties to file a Joint Status Report no later than January 19, 2016. To date the parties have not complied. Accordingly,

　　　**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **February 16, 2016**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

　　　DATED this 29th day of January, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge