**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| SUZANNE PASTOR, | Case No. 2:15-cv-02407-APG-GWF |
| Plaintiff, | |
| v. | **ORDER STAYING DEADLINES AND SETTING DATE FOR FILING DISMISSAL DOCUMENTS** |
| BANK OF AMERICA, N.A., *et al.*, | |
| Defendants. | |

In light of the notice of settlement between plaintiff and defendant Experian Information Solutions, Inc. (ECF No. 24),

IT IS ORDERED that all pending dates, deadlines, and filing requirements are vacated as to defendant Experian Information Solutions, Inc.

IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss defendant Experian Information Solutions, Inc. on or before August 29, 2016.

DATED this 12th day of July, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE