Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SUZANA PASTOR,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-02407-APG-GWF<br><br>**JOINT MOTION TO DISMISS DEFENDANT BANK OF AMERICA, N.A.**<br><br>**ORDER** |

## STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Suzana Pastor ("Plaintiff") and Defendant Bank of America, N.A. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 8th day of August 2016.

Respectfully submitted,

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiffs*

**Akerman LLP**

By: /s/ Vatana Lay
Ariel E. Stern, Esq.
Vatana Lay, Esq.
Bar No: 12993
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
*Attorneys for Bank of America, N.A.*

IT IS SO ORDERED:

DATED: August 8, 2016

_____
UNITED STATES DISTRICT JUDGE