Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SUZANA PASTOR,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No.: 2:15-cv-02407-APG-GWF<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>**ORDER** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Suzana Pastor ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only, in this case.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 6th day of September 2016.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Snell & Wilmer LLP**

By: /s/ Charles E Gianelloni
Bob L. Olson, Esq.
Charles E Gianelloni, Esq.
V. R. Bohman, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendant Experian Information Solutions, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: September 7, 2016.